```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHRISTIAN DUMONTET, *individually and on behalf of all those similarly situated*, :
:
:
Plaintiffs, :  1:21-cv-10361-GHW
:
-v - :  ORDER
:
UBS FINANCIAL SERVICES, INC., :
MATTHEW S. BUCHSBAUM, SCOTT M. :
ROSENBERG, GERARD COSTELLO, and :
SONIA M. ATTKISS, :
:
Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 22, 2022, Defendants filed a motion to dismiss the case. Dkt. No. 43. Plaintiff filed an amended complaint on March 17, 2022. Dkt. No. 47. On April 21, 2022, Defendants filed a motion to dismiss the amended complaint.

Accordingly, Defendants' February 22, 2022 motion to dismiss is denied as moot. The Clerk of Court is directed to terminate the motion at Dkt. No. 43.

SO ORDERED.

Dated: April 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge