UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/23/2024
```

-------------------------------------------------------------- X
                           :

CHRISTIAN DUMONTET, *individually and on*  :
*behalf of all those similarly situated*,        :
                           :                    1:21-cv-10361-GHW
                 Plaintiff,  :
                           :                      ORDER
          -v-           :

UBS FINANCIAL SERVICES, INC., *et al.*,  :
                           :
              Defendants.  :
                           :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 29, 2024, the Court issued an order (the "March 29 Order") granting Defendants' motion to dismiss Plaintiff's Amended Complaint and dismissing Plaintiff's claims without prejudice, on the basis that Plaintiff's claims were barred by the Securities Litigation Uniform Standards Act ("SLUSA"). Dkt. No. 66. The Court granted Plaintiff leave to amend the Amended Complaint within 21 days of the March 29 Order. *Id.* at 21.

As of the date of this order, Plaintiff has not filed an amended complaint. Accordingly, Plaintiff's claims are dismissed without prejudice. *See In re Kingate Mgmt. Ltd. Litig.*, 784 F.3d 128, 135 n. 9 (2d Cir. 2015) ("A dismissal under SLUSA would not be with prejudice, barring a plaintiff from filing a new, non-covered action asserting the same claims against the same defendants.").

The Clerk of Court is directed to enter judgment for Defendants and close this case.

SO ORDERED.

Dated:  April 23, 2024
       New York, New York

                                  _____
                                     GREGORY H. WOODS
                                United States District Judge