UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CHRISTIAN DUMONTET, individually and on
behalf of all those similarly situated,

                        Plaintiff,

   -against-                                                  21 **CIVIL** 10361 (GHW)

                                                             **JUDGMENT**

UBS FINANCIAL SERVICES, INC., et al.,

                       Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 24, 2024, Plaintiff's claims are dismissed without prejudice. See In re Kingate Mgmt. Ltd. Litig., 784 F.3d 128, 135n. 9 (2d Cir. 2015) ("A dismissal under SLUSA would not be with prejudice, barring a plaintiff from filing a new, non-covered action asserting the same claims against the same defendants."). Judgment is entered for the Defendants and the case is closed.

**Dated:**  New York, New York

      April 24, 2024

                                                           **RUBY J. KRAJICK**
                                                              Clerk of Court

                          **BY:**

                                                            **Deputy Clerk**